AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tommy Lee Brown | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 15-CV-6108 |
| v. | |
| Brian Fischer et al., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is terminated.

Date: 4/14/2015                                       MICHAEL J. ROEMER, CLERK

                                                      By: Barbara Keenan
                                                              Deputy Clerk